IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

IN RE:   Charles Terrell Milani                    #18-30355-SHB
                                                   Chapter 13
                                                   Filed  2/11/18
                                                   Confirmed May 15, 2018

## NOTICE OF HEARING

**Notice is hereby given that:**

**A hearing will be held on the <u>Chapter 13 Trustee's Motion to Dismiss</u> on 08/22/2018 at 11:00 a.m., in the Courtroom 1C, located at U.S. Bankruptcy Court, Howard H. Baker, Jr. Courthouse, 800 Market St., Knoxville, TN  37902.**

**<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

**If you do not want the court to grant the relief requested, you or your attorney must attend this hearing.  If you do not attend the hearing, the court may decide that you do not oppose the relief sought in the motion and may enter and order granting that relief.**

## TRUSTEE'S MOTION TO DISMISS

The Chapter 13 Trustee moves to dismiss this case under 11 U.S.C.  §1307 for one or more of the following reasons:

_x__   **Approximate** plan arrearage of $1,980.00 accrued since plan filed.
____   Cumulative plan arrearage, including current arrearage, is **approximately** $
       ( prior Motions to Dismiss for arrearages).
____   Secured creditors are behind.
_x__   Case is no longer feasible due to: _x_ plan arrearages; _x_excessive claims filed.
____   Case has expired or is near expiration with an unpaid balance of $_____.
____   Debtor(s) failed to appear for scheduled 341 Meeting of Creditors.
____   Other:

## SUBMISSION AND CERTIFICATE OF SERVICE BY CHAPTER 13 TRUSTEE

    Based on information and belief, the Chapter 13 Trustee hereby certifies the correctness of the facts contained in this Motion to Dismiss and Notice of Hearing and hereby certifies that a true and exact copy of the same has been serviced by electronic mail and/or by first class United States mail postage prepaid on the following individuals as addressed below on July 17, 2018.

CHARLES TERRELL MILANI /
130 TULIP LANE

PIONEER, TN  37847

/s/ Gwendolyn M. Kerney  (by dk w/perm)
Gwendolyn M. Kerney, #7280
Chapter 13 Trustee
PO Box 228
Knoxville, TN  37901
(865) 524-4995

CYNTHIA T. LAWSON
BOND, BOTES & LAWSON, PC
6704 WATERMOUR WAY
KNOXVILLE, TN  37912-

United States Trustee
800 Market Street Suite 114
Knoxville, TN  37902